# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YIFEI YANG <br><br> PLAINTIFF(S) <br><br> v. <br><br> INTERNAL REVENUE SERVICE , et al. <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 8:25−cv−00130−JVS−ADS <br><br><br> **NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

_____    _____    _____
Date Filed         Doc. No.         Title of Doc.

**ERROR(S) WITH DOCUMENT:**

No Notice of Interested Parties has been filed. A Notice of Interested Parties must be filed with every party's first appearance. See Local Rule 7.1−1. Counsel must file a Notice of Interested Parties immediately. Failure to do so may be addressed by judicial action, including sanctions. See Local Rule 83−7.

*Other Error(s):*

Clerk, U.S. District Court

Dated: January 24, 2025          By: /s/ *Luz Hernandez luz_hernandez@cacd.uscourts.gov*
                                              Deputy Clerk