NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Anthony V. Diosdi (SBN 339070)
(adiosdi@sftaxcounsel.com)
Diosdi & Liu, LLP
505 Montgomery Street, 11th FL
San Francisco, CA 94111
tel: 415-318-3990 fax: 415-335-7922

ATTORNEY(S) FOR: PLAINTIFF

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YIFEI YANG<br><br>Plaintiff(s),<br>v.<br>UNITED STATES OF AMERICA,<br>INTERNAL REVENUE SERVICE.<br><br>Defendant(s) | CASE NUMBER:<br>8:25-cv-00130<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for          PLAINTIFF, YIFEI YANG,
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| YIFEI YANG | PLAINTIFF |

1-24-25
Date

Signature

Attorney of record for (or name of party appearing in pro per):

ANTHONY V. DIOSDI

CV-30 (05/13)                    NOTICE OF INTERESTED PARTIES