CONNOR J. PESTOVICH (NM Bar 159189)
Trial Attorney, Tax Division
United States Department of Justice
Tax Division
P.O. Box 683
Washington, D.C. 20044
Phone:  (202) 616-2378
Fax:      (202) 307-0054
Connor.Pestovich@usdoj.gov

*Attorney for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YIFEI YANG, | Case No. 8:25-cv-00130-JVS-ADS |
| Plaintiff, | **JOINT STIPULATION AND** |
| v. | **PROPOSED ORDER TO** |
| | **EXTEND TIME TO RESPOND** |
| INTERNAL REVENUE SERVICE and | **TO AN INITIAL COMPLAINT** |
| UNITED STATES OF AMERICA, | |
| Defendants. | |

Pursuant to Local Rules 7-1 and 52-4.1, Plaintiff Yifei Yang and Defendant United States of America stipulate and request the Court extend the deadline for the United States to respond to Plaintiff's Complaint by twenty-one (21) days. The parties hereby stipulate and agree as follows:

1.     Plaintiff filed this action against the United States and the IRS on January 23, 2025, seeking a refund of a 26 U.S.C. § 6039F penalty assessed against her by the IRS for the 2018 tax year. The complaint also raises challenges to the penalty under the Administrate Procedure Act and the Fifth, Seventh, and Eighth Amendments of the Constitution. ECF No. 1.

2.     Plaintiff served the summons and complaint on the United States Attorney's Office for the Central District of California on January 29, 2025. ECF

No. 11. The United States' original deadline to answer or otherwise respond to the complaint was March 31, 2025.

3.      On February 26, 2025, the parties agreed and stipulated pursuant to Local Rule 8-3 to extend the United States' time to respond to the complaint by thirty (30) days. ECF No. 12. As a result of this stipulation, the United States' current deadline to respond to the complaint is April 30, 2025.

4.      The parties are currently engaged in informal discovery regarding some of the claims made in Plaintiff's complaint. Plaintiff is currently in the process of obtaining some documents to share with the United States. This informal discovery may lead to a possible resolution of this case without any further litigation. The parties agree to extend the United States' time to respond to the complaint, in part, because it may reduce the parties' time and expense in preparing, reviewing, and possibly responding to the United States' answer or response to Plaintiff's complaint.

5.      The parties also agree to extend the United States' time to respond to the complaint because, due to unforeseen circumstances, the amount of time the United States' counsel has had to prepare an answer or otherwise respond to the Plaintiff's complaint after receiving the views of the IRS has been significantly shortened.

6.      The United States requested the views of the IRS regarding the claims raised in this complaint sometime before February 11, 2025. The IRS needed time to investigate the claims and provide their views of the case to the United States' counsel. The IRS provided their initial views on this matter to the United States' counsel on April 3, 2025.

7.      Shortly after the United States received the IRS's initial views on this matter, the IRS determined that it needed to provide supplemental views after it looked into some additional issues. The IRS provided those supplemental views to

the United States' counsel on Friday, April 11, 2025—when the United States' counsel was out of the office for a previously planned vacation.

8. The United States' counsel returned to the office on Tuesday, April 15, 2025, but shortly thereafter came down with an illness and had to take sick leave for the remainder of the week. The same day the United States' counsel returned to the office, Monday, April 21, 2025, he had to travel to Sacramento, CA for a full-day deposition the next day. The United States' counsel returned to Washington, DC on Wednesday, April 23, 2025.

9. Due to these unforeseen events, the time available for the United States' counsel to begin preparing an answer or response to Plaintiff's complaint has been significantly lessened.

10. This is the parties' second stipulation for an enlargement of the time, the first being a joint stipulation to extend the United States' time to respond to the Plaintiff's Complaint by 30 days pursuant to Local Rule 8-3. Doc. No. 12. The current deadline for the United States to respond to Plaintiff's complaint is April 30, 2025. The parties stipulate and hereby request the Court to extend the deadline by twenty-one (21) days, to May 21, 2025.

11. This stipulation is not made for the purpose of delay, but rather to provide the parties sufficient time to conduct informal discovery to explore the possibility of an early resolution of this case without further litigation and to provide the United States' counsel with sufficient time to diligently review the IRS's supplemental views on this matter before preparing an answer or response to the Plaintiff's complaint, should a response be necessary.

12. The extension could save the parties the time and expense of preparing, reviewing, and possibly responding to the United States' response if an early resolution is possible.

13.    This stipulation and request is further supported by the declaration of Connor J. Pestovich. A separate proposed order is attached to this stipulation for the Court's consideration.

Dated: April 25, 2025.

Respectfully Submitted,

*/s/ Connor J. Pestovich*
CONNOR J. PESTOVICH (NM Bar 159189)
Trial Attorney, Tax Division
United States Department of Justice
Tax Division
P.O. Box 683
Washington, D.C. 20044
Phone:  (202) 616-2378
Fax:     (202) 307-0054
Connor.Pestovich@usdoj.gov

*Attorney for the United States of America*


*/s/ Anthony V. Diosdi*
Anthony V. Diosdi (CA SBN 339070)
Diosdi & Liu, LLP
505 Montgomery St., 11th Floor
San Francisco, CA 94111
Phone:  (415) 318-3990
Fax:     (415) 335-7922
adiosdi@sftaxcounsel.com

*Attorney for Plaintiff*


Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby certify that I obtained permission from all signatories to this document to affix their signature and file this document.

*/s/ Connor J. Pestovich*
CONNOR J. PESTOVICH
Trial Attorney, Tax Division
U.S. Department of Justice

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties that have appeared in this case.

*/s/ Connor J. Pestovich*
CONNOR J. PESTOVICH
Trial Attorney, Tax Division
U.S. Department of Justice