CONNOR J. PESTOVICH (NM Bar 159189)
Trial Attorney, Tax Division
United States Department of Justice
Tax Division
P.O. Box 683
Washington, D.C. 20044
Phone:  (202) 616-2378
Fax:      (202) 307-0054
Connor.Pestovich@usdoj.gov

*Attorney for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YIFEI YANG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INTERNAL REVENUE SERVICE and UNITED STATES OF AMERICA,<br><br>　　　　Defendants. | Case No. 8:25-cv-00130-JVS-ADS<br><br>**DECLARATION OF CONNOR J. PESTOVICH** |

I, Connor J. Pestovich, pursuant to 28 U.S.C. § 1746, declare that:

1.　　I am a trial attorney for the United States Department of Justice, Tax Division. In my capacity as a trial attorney with the Department of Justice Tax Division, I have been assigned litigation responsibilities for representing the United States in the above-captioned case.

2.　　Plaintiff Yifei Yang filed this action against the United States and the IRS on January 23, 2025, seeking a refund of a 26 U.S.C. § 6039F penalty assessed against her by the IRS for the 2018 tax year. The complaint also raises challenges to the penalty under the Administrate Procedure Act and the Fifth, Seventh, and Eighth Amendments of the Constitution. ECF No. 1.

3.　　Plaintiff served the summons and complaint on the United States Attorney's Office for the Central District of California on January 29, 2025, ECF

1  No. 11, meaning the United States' original deadline to answer or otherwise

2  respond to the complaint was March 31, 2025.

3      4.    I was assigned this case on February 11, 2025. Sometime before I was

4  assigned to this case, the U.S. Department of Justice had requested that the IRS

5  provide its views on this matter. The request asked for the IRS's views by February

6  25, 2025.

7      5.    The IRS needed additional time to provide its views for several

8  reasons, so I agreed with the IRS to extend the deadline to provide its views to

9  March 27, 2025. This was again extended by one week to April 3, 2025.

10     6.    On February 26, 2025, the parties jointly stipulated to extend the time

11  for the United States to respond to the complaint by 30 days. ECF No. 12. This

12  stipulation was executed and filed about a week after the IRS first asked for

13  additional time to provide its views.

14     7.    Based on the date of service and this stipulation, the United States'

15  response to Plaintiff's complaint is due on April 30, 2025. ECF No. 12.

16     8.    On April 3, 2025, I received the IRS's initial views on this matter.

17  Subsequently, it was determined that the IRS needed to look further into some

18  issues raised in Plaintiff's complaint and supplement its views on this matter.

19     9.    The IRS provided me with their supplemental views on Friday, April

20  11, 2025, while I was away from the office on a pre-planned vacation. Soon after

21  my return to the office on Tuesday, April 15, 2025, I came down with an illness

22  and was again out of the office on sick leave until April 21, 2025.

23     10.    On the same day that I returned to the office—Monday, April 21,

24  2025—I had to fly from Washington, D.C. to Sacramento, California to take a full-

25  day deposition. I took the deposition on Tuesday, April 22, 2025 and flew back to

26  Washington, D.C. on Wednesday, April 23, 2025.

27     11.    I returned to the office on Thursday, April 24, 2025, the same day I

28  took a virtual half-day deposition.

12.     Due to these unexpected circumstances and prior obligations, the time available to me to prepare the United States' response to Plaintiff's complaint after receiving the IRS's views has been significantly shortened.

13.     Additionally, the parties are currently engaged in informal discovery to determine the possibility of resolving this case without further litigation. Based on my conversations with Plaintiff's counsel, Plaintiff is currently trying to obtain some documents to share with the United States. These documents may lead to a possible resolution of this case without any further litigation. However, Plaintiff has not yet provided the documents, and the United States will require sufficient time to review them to evaluate any potential resolution.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 25th day of April 2025.

*/s/ Connor J. Pestovich*
CONNOR J. PESTOVICH
Trial Attorney, Tax Division
U.S. Department of Justice