IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| YIFEI YANG, | ) | Case No. 8:25-cv-00130-JVS-ADS |
| Plaintiff, | ) | **ORDER [13]** |
| v. | ) | |
| INTERNAL REVENUE SERVICE and UNITED STATES OF AMERICA, | ) | |
| Defendants. | ) | |

Before the Court is the Parties' Joint Stipulation and Proposed Order to Extend Time to Respond to an Initial Complaint. ECF No. 13.

For good cause shown, the Court hereby **GRANTS** the Parties' joint stipulation. The Court **ORDERS**:

1. The United States shall file its response to the Plaintiff's Complaint by May 21, 2025.

IT IS SO ORDERED.

Dated: April 28, 2025

Hon. James V. Selna
United States District Judge