CONNOR J. PESTOVICH (NM Bar 159189)
Trial Attorney, Tax Division
United States Department of Justice
Tax Division
P.O. Box 683
Washington, D.C. 20044
Phone: (202) 616-2378
Fax:     (202) 307-0054
Connor.Pestovich@usdoj.gov

*Attorney for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YIFEI YANG, <br><br>　　Plaintiff, <br><br>　　v. <br><br>INTERNAL REVENUE SERVICE and UNITED STATES OF AMERICA, <br><br>　　Defendants. | Case No. 8:25-cv-00130-JVS-ADS <br><br>**JOINT STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO RESPOND TO AN INITIAL COMPLAINT** |

　　　Pursuant to Local Rules 7-1 and 52-4.1, Plaintiff Yifei Yang and Defendant United States of America stipulate and request the Court extend the deadline for the United States to respond to Plaintiff's Complaint by 30 days. The parties hereby stipulate and agree as follows:

　　　1.　　Plaintiff filed this action against the United States and the IRS on January 23, 2025, seeking a refund of a 26 U.S.C. § 6039F penalty assessed against her by the IRS for the 2018 tax year. The complaint also raises challenges to the penalty under the Administrate Procedure Act and the Fifth, Seventh, and Eighth Amendments of the Constitution. ECF No. 1.

　　　2.　　Plaintiff served the summons and complaint on the United States Attorney's Office for the Central District of California on January 29, 2025. ECF

1. No. 11. The United States' original deadline to answer or otherwise respond to the complaint was March 31, 2025.

3. On February 26, 2025, the parties agreed and stipulated pursuant to Local Rule 8-3 to extend the United States' time to respond to the complaint by 30 days. ECF No. 12. As a result of this stipulation, the United States' deadline to respond to the complaint was April 30, 2025.

4. On April 25, 2025, the parties stipulated and requested the Court extend the United States' time to answer the complaint by 21 days. ECF No. 13. The parties agreed to this stipulation because, in part, the parties were engaged in informal discovery to share documents that could possibly lead to a resolution of this case without any further litigation. The Court granted that stipulation on April 28, 2025, which extended the United States' deadline to respond to the complaint to May 21, 2025.

5. Yang provided documents to the United States on May 8, 2025 to review to see if there is a possibility of resolving this case without further litigation. After reviewing these documents, the United States determined that it needed additional documents to fully review this issue and requested these additional documents on May 14, 2025. Yang provided additional documents on May 15, 2025.

6. The United States needs additional time to fully review the documents provided by Yang to determine if an early resolution of this case is possible without litigation. Thus, the parties agree to extend the United States' time to answer the complaint by 30 days to give the United States sufficient time to review the documents before a responsive pleading is due.

7. The parties agree to extend the United States' time to respond to the complaint because it may reduce the parties' time and expense in preparing, reviewing, and possibly responding to the United States' answer or response to Plaintiff's complaint.

8. This is the parties' third stipulation for an enlargement of the time, the first being a joint stipulation to extend the United States' time to respond to the Plaintiff's Complaint by 30 days pursuant to Local Rule 8-3, Doc. No. 12, and the second being the joint stipulation and request for an order described above, Doc. No. 13.

9. The current deadline for the United States to respond to Plaintiff's complaint is May 21, 2025. The parties stipulate and hereby request the Court to extend the deadline by thirty days, to June 20, 2025.

10. This stipulation is not made for the purpose of delay, but rather to provide the parties sufficient time to conduct informal discovery to explore the possibility of an early resolution of this case without further litigation.

11. The extension could save the parties the time and expense of preparing, reviewing, and possibly responding to the United States' response if an early resolution is possible.

12. This stipulation and request is further supported by the declaration of Connor J. Pestovich. A separate proposed order is attached to this stipulation for the Court's consideration.

Dated: May 21, 2025.

Respectfully Submitted,

*/s/ Connor J. Pestovich*
CONNOR J. PESTOVICH (NM Bar 159189)
Trial Attorney, Tax Division
United States Department of Justice
Tax Division
P.O. Box 683
Washington, D.C. 20044
Phone: (202) 616-2378
Fax:   (202) 307-0054
Connor.Pestovich@usdoj.gov

*Attorney for the United States of America*

*/s/ Anthony V. Diosdi*
Anthony V. Diosdi (CA SBN 339070)
Diosdi & Liu, LLP
505 Montgomery St., 11th Floor
San Francisco, CA 94111
Phone:  (415) 318-3990
Fax:      (415) 335-7922
adiosdi@sftaxcounsel.com

*Attorney for Plaintiff*

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby certify that I obtained permission from all signatories to this document to affix their signature and file this document.

*/s/ Connor J. Pestovich*
CONNOR J. PESTOVICH
Trial Attorney, Tax Division
U.S. Department of Justice

**CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties that have appeared in this case.

/s/ *Connor J. Pestovich*
CONNOR J. PESTOVICH
Trial Attorney, Tax Division
U.S. Department of Justice