CONNOR J. PESTOVICH (NM Bar 159189)
Trial Attorney, Tax Division
United States Department of Justice
Tax Division
P.O. Box 683
Washington, D.C. 20044
Phone: (202) 616-2378
Fax:   (202) 307-0054
Connor.Pestovich@usdoj.gov

*Attorney for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YIFEI YANG, | Case No. 8:25-cv-00130-JVS-ADS |
| Plaintiff, | **ORDER** |
| v. | |
| INTERNAL REVENUE SERVICE and UNITED STATES OF AMERICA, | |
| Defendants. | |

Before the Court is the Parties' Joint Stipulation and Proposed Order to Extend Time to Respond to an Initial Complaint. ECF No. 15.

For good cause shown, the Court hereby **GRANTS** the Parties' joint stipulation. The Court **ORDERS**:

1. The United States shall file its response to the Plaintiff's Complaint by June 20, 2025.

IT IS SO ORDERED.

Dated: This 22d day of May, 2025.

_____
Hon. James V. Selna
United States District Judge