CONNOR J. PESTOVICH (NM Bar 159189)
Trial Attorney, Tax Division
United States Department of Justice
Tax Division
P.O. Box 683
Washington, D.C. 20044
Phone:  (202) 616-2378
Fax:     (202) 307-0054
Connor.Pestovich@usdoj.gov

*Attorney for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YIFEI YANG, | Case No. 8:25-cv-00130-JVS-ADS |
| Plaintiff, | **JOINT MOTION TO STAY CASE PENDING CONSIDERATION OF SETTLEMENT BY THE UNITED STATES** |
| v. | |
| INTERNAL REVENUE SERVICE and UNITED STATES OF AMERICA, | Judge:     Hon. James V. Selna |
| Defendants. | Date:      July 21, 2025 |
| | Time:      1:30 PM |
| | Location:  Santa Ana, Courtroom 10C |

The parties jointly move the Court to stay the deadlines in this case so that the appropriate officials in the U.S. Department of Justice can consider and act on a settlement offer made by Plaintiff Yifei Yang. In support of this request, the parties represent the following.

Since May 8, 2025, the United States has been reviewing documents informally provided by Yang to determine if there may be a possibility of early settlement in this matter. On June 11, 2025, the parties discussed the terms of a potential settlement offer that counsel for the United States would be willing to recommend to the appropriate Department of Justice official for acceptance. Yang followed up regarding this discussion on June 16, 2025, saying that she would like to move forward with the offer the parties had discussed.

1

1    Yang formally submitted her proposed settlement offer to the Department of

2    Justice on June 18, 2025.

3    Counsel for the United States has no independent settlement authority on

4    behalf of the United States. Therefore, this settlement proposal must be reviewed

5    and evaluated by the appropriate Department of Justice official with settlement

6    authority over these claims. The process for this review proceeds as follows:

7    *First*, the United States must request the recommendation of the IRS Office

8    of Chief Counsel regarding this potential settlement.

9    *Second*, the trial attorney recommending settlement must set forth their

10   recommendations and their reasoning in a detailed memorandum.

11   *Third*, this memorandum will be shared with the Department of Justice

12   official with settlement authority over this matter. This person—which here is

13   Lindsay Clayton, Assistant Chief of the Civil Trial Section, Western Region—will

14   then review the trial attorney's memorandum and conduct her own independent

15   review of the case to determine whether this settlement offer should be accepted.

16   This process takes time. But this review process ensures the consistent,

17   evenhanded treatment of similar cases around the nation and over time. The parties

18   therefore respectfully request this stay to allow the United States sufficient time to

19   follow this process and properly evaluate this settlement offer.

20   Furthermore, the parties believe that it would be an unnecessary expenditure

21   of the Court's and the parties' resources and time to litigate this case while this

22   offer is being considered. At this stage, the United States has not yet answered the

23   complaint. But if required to do so, the United States may need to file a motion to

24   dismiss on at least some issues presented by the complaint. This would impose

25   costs and expend the resources of both the parties and the Court since the parties

26   would have to brief, and the Court would have to decide, a motion that may be

27   wholly unnecessary.

28

1    At present, counsel for the United States estimates that the Tax Division will

2    be able to complete its review of the proposed settlement within two months. The

3    United States thus proposes that the parties promptly notify the Court if the

4    settlement is acted upon during that time, and that the United States submit a status

5    report to the Court after two months if the settlement has not been acted upon, and

6    every month thereafter if needed.

7    The parties respectfully request that a two-month period followed by regular

8    status reports in the event of unanticipated delays are the most efficient way of

9    keeping the Court appraised of the situation and ensuring that the settlement

10   proposal does not linger longer than necessary. However, if the Court believes that

11   an indefinite stay is not appropriate, the parties respectfully request, in the

12   alternative, a six-month stay followed by a status conference.

13   For the foregoing reasons, the parties respectfully request that the Court

14   vacate all pending deadlines and stay this case. A separate proposed order is

15   attached to this stipulation for the Court's consideration.

16   / / /

17   / / /

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

Dated: June 18, 2025.

Respectfully Submitted,

/s/ Connor J. Pestovich
CONNOR J. PESTOVICH (NM Bar 159189)
Trial Attorney, Tax Division
United States Department of Justice
Tax Division
P.O. Box 683
Washington, D.C. 20044
Phone:  (202) 616-2378
Fax:     (202) 307-0054
Connor.Pestovich@usdoj.gov

*Attorney for the United States of America*


/s/ Anthony V. Diosdi
Anthony V. Diosdi (CA SBN 339070)
Diosdi & Liu, LLP
505 Montgomery St., 11th Floor
San Francisco, CA 94111
Phone:  (415) 318-3990
Fax:     (415) 335-7922
adiosdi@sftaxcounsel.com

*Attorney for Plaintiff*


Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby certify that I obtained permission from all signatories to this document to affix their signature and file this document.

/s/ Connor J. Pestovich
CONNOR J. PESTOVICH
Trial Attorney, Tax Division
U.S. Department of Justice

1

**CERTIFICATE OF SERVICE**

2      I hereby certify that on June 18, 2025, I electronically filed the foregoing

3  document with the Clerk of Court using the CM/ECF system, which will send

4  notification of such filing to all parties that have appeared in this case.

5

6                                    */s/ Connor J. Pestovich*
                                     CONNOR J. PESTOVICH
7                                    Trial Attorney, Tax Division
                                     U.S. Department of Justice
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28