CONNOR J. PESTOVICH (NM Bar 159189)
Trial Attorney, Tax Division
United States Department of Justice
Tax Division
P.O. Box 683
Washington, D.C. 20044
Phone:  (202) 616-2378
Fax:     (202) 307-0054
Connor.Pestovich@usdoj.gov

*Attorney for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YIFEI YANG, | ) Case No. 8:25-cv-00130-JVS-ADS |
| Plaintiff, | ) **[PROPOSED] ORDER STAYING CASE PENDING CONSIDERATION OF SETTLEMENT** |
| v. | ) |
| INTERNAL REVENUE SERVICE and UNITED STATES OF AMERICA, | ) |
| Defendants. | ) |

Before the Court is the parties' Joint Motion to Stay Case Pending Consideration of Settlement by United States. ECF No. 17. Having reviewed that motion and for good cause shown, it is hereby **ORDERED:**

1.      The parties' Joint Motion to Stay Case Pending Consideration of Settlement by United States is **GRANTED**;

2.      All pending deadlines in this case are **VACATED** and the case is **STAYED**;

3.      The parties shall promptly notify the Court upon final acceptance or rejection of the settlement offer by the United States; and

4.      The United States shall file a status report on or before August 22, 2025 if the settlement offer has not been acted upon by that date and, to the extent

necessary, shall continue to file a status report each 30 days after August 22, 2025 while the offer is being considered.

**IT IS SO ORDERED.**

Dated: This ___ day of _____, 2025.

_____
Hon. James V. Selna
United States District Judge