CONNOR J. PESTOVICH (NM Bar 159189)
Trial Attorney, Tax Division
United States Department of Justice
Tax Division
P.O. Box 683
Washington, D.C. 20044
Phone:  (202) 616-2378
Fax:     (202) 307-0054
Connor.Pestovich@usdoj.gov

*Attorney for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| YIFEI YANG, | ) | Case No. 8:25-cv-00130-JVS-ADS |
| Plaintiff, | ) | **NOTICE OF SETTLEMENT** |
| v. | ) | |
| INTERNAL REVENUE SERVICE and UNITED STATES OF AMERICA, | ) | |
| Defendants. | ) | |

The parties to this litigation have reached an agreement for settlement of this case but need additional time to effectuate all terms of the settlement. Once the terms have been fulfilled, the parties will file a joint stipulation of dismissal with prejudice of this action.

The United States respectfully requests that the Court continue to stay the case and take no action prior to October 23, 2025, while the parties effectuate the outstanding terms of the settlement agreement. If the parties have not filed a joint stipulation of dismissal by that date, the United States will file a status report apprising the Court of the status of this case.

/ / /

/ / /

/ / /

1

Dated: August 25, 2025.

Respectfully Submitted,

/s/ _____
CONNOR J. PESTOVICH (NM Bar 159189)
Trial Attorney, Tax Division
United States Department of Justice
Tax Division
P.O. Box 683
Washington, D.C. 20044
Phone:  (202) 616-2378
Fax:     (202) 307-0054
Connor.Pestovich@usdoj.gov

*Attorney for the United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties that have appeared in this case.

*/s/ Connor J. Pestovich*
CONNOR J. PESTOVICH
Trial Attorney, Tax Division
U.S. Department of Justice